UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24229-COOKE/DAMIAN

PNC BANK, N.A.,

    Plaintiff,

v.

COLMENARES BROTHERS, LLC, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge, ECF No. 26, regarding Plaintiff's motion for entry of default final judgment, ECF No. 23. In her R&R, Judge Damian recommends that the Court deny the motion for final entry of default final judgment without prejudice. The parties have not filed objections to the R&R, and the time to do so has passed.

The Court has reviewed Plaintiff's motion, the briefing and accompanying exhibits, Judge Damian's R&R, the record, and the relevant legal authorities. Having done so, the Court finds Judge Damian's R&R to be clear, cogent, and compelling.

Accordingly, Judge Damian's R&R, ECF No. 26, is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Plaintiff's motion for entry of final default final judgment, ECF No. 23, is **DENIED without prejudice**.

**DONE AND ORDERED** in West Palm Beach, Florida, this 29th day of September 2022.

*[signature: Robin L. Rosenberg]*

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE
for Marcia G. Cooke, United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*