UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24229-COOKE/DAMIAN

PNC BANK, N.A.,

    Plaintiff,

v.

COLMENARES BROTHERS, LLC, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge, ECF No. 31, regarding Plaintiff's second motion for entry of final default judgment, ECF No. 27. In her R&R, Judge Damian recommends that the Court grant the second motion for entry of final default judgment. The parties have not filed objections to the R&R, and the time to do so has passed.

The Court has reviewed Plaintiff's motion, the briefing and accompanying exhibits, Judge Damian's R&R, the record, and the relevant legal authorities. Having done so, the Court finds Judge Damian's R&R to be clear, cogent, and compelling.

Accordingly, Judge Damian's R&R, ECF No. 31, is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Plaintiff's second motion for entry of final default judgment, ECF No. 27, is **GRANTED**. A final default judgment in favor of Plaintiff will be entered by separate order.

**DONE AND ORDERED** in West Palm Beach, Florida, this 14th day of November 2022.

                                                                       ROBIN L. ROSENBERG
                                                                       UNITED STATES DISTRICT JUDGE
                                                                       for Marcia G. Cooke, United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*