UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24229-CIV-SMITH

PNC BANK, NA,

    Plaintiff,

vs.

COLMENARES BROTHERS, LLC, *et al.*,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 51], in which the Magistrate Judge recommends that Plaintiff's Motion for Attorneys' Fees and Costs and Recommendation Following Show Cause Hearing [DE 47] be GRANTED and that Plaintiff be awarded its reasonable attorney's fees in the amount of $2,630.00. No objections have been filed. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that there are no objections, it is **ORDERED** that:

1) The Report and Recommendation to District Judge [DE 51] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion for Attorneys' Fees and Costs and Recommendation Following Show Cause Hearing [DE 47] is **GRANTED**. Plaintiff is awarded **$2,630.00** in attorney's fees.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of January 2024.

                                                    **RODNEY SMITH**
                                                    **UNITED STATES DISTRICT JUDGE**

cc: Counsel of record